```
EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Major Crimes Section

WES REBER PORTER           #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00472 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING |
| vs. | ) | |
| | ) | |
| TRAVIS HEFFELINGER, | ) | OLD DATE:  06/13/06 |
| aka "Travis Heffelfinger" | ) | NEW DATE:  09/11/06 |
| | ) | |
| Defendant. | ) | |

STIPULATION AND ORDER CONTINUING SENTENCING

The United States of America, through Assistant U.S. Attorney Wes Reber Porter, stipulates with the defendant, Travis Heffelinger, through counsel Gary Singh, Esq., to continue

sentencing in the above-listed matter from June 13, 2006, at 1:30 p.m. to September 11, 2006, at 2:15 p.m.

      DATED:  June 16, 2006, at Honolulu, Hawaii.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                By   /s/ Wes Reber Porter
                                    WES REBER PORTER
                                    Assistant U.S. Attorney


                                    /s/ Gary G. Singh
                                GARY G. SINGH
                                Attorney for Defendant
                                TRAVIS HEFFELINGER


DATED: Honolulu, Hawaii; June 19, 2006.

                              /s/ Susan Oki Mollway
                              Susan Oki Mollway
                              United States District Judge


UNITED STATES v. TRAVIS HEFFELINGER
CR. No. 04-00447 SOM
"Stipulation and Order Continuing Sentencing"