IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-00472 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING MOTION TO |
| vs. | ) | CONTINUE SENTENCING HEARING |
| | ) | |
| TRAVIS HEFFELINGER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER DENYING MOTION TO CONTINUE SENTENCING HEARING

On April 13, 2005, this court accepted Defendant Travis Heffelinger's guilty plea. Since that time, his sentencing hearing has been continued multiple times and is now scheduled for September 11, 2006, at 2:15 p.m.

On September 7, 2006, Heffelinger filed another motion to continue his sentencing date, arguing that a continuance is appropriate, as he is scheduled to testify in a November 2006 trial that might affect his sentence. Heffelinger also argues that his grandfather "is not feeling well and may not be able to attend the hearing on Monday."

The court denies Heffelinger's request to continue his sentencing date. Almost 17 months have passed since the court accepted Heffelinger's guilty plea. Rule 35(b) of the Federal Rules of Criminal Procedure allows the Government, even after sentencing, to move to reduce Heffelinger's sentence for substantial assistance to the Government. Accordingly, November

proceedings provide no basis for continuing the sentencing hearing.

Because Heffelinger's grandfather is not feeling well, the court is willing to move the sentencing date by one or two days to allow him to recover. Should Heffelinger want to continue the sentencing date for one or two days, he may contact Toni Fujinaga, this court's courtroom manager, at 541-1297, immediately to arrange such a continuance.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 8, 2006.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States of America v. Travis Heffelinger, CRIM. NO. 04-00472 SOM; ORDER DENYING MOTION TO CONTINUE SENTENCING HEARING