GARY G. SINGH   6543-0
Attorney at Law
Central Pacific Plaza
220 South King Street, Suite 2150
Honolulu, Hawaii   96813
Telephone No.:  (808) 529-0626
e-mail: ggsingh@hawaii.rr.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00472 SOM |
| Plaintiff, | |
| vs. | MOTION TO CONTINUE SENTENCING; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE. |
| TRAVIS HEFFELINGER, aka "Travis Heffelfinger" | Date: September 11, 2006 |
| Defendant. | Judge: Susan O. Mollway |

MOTION TO CONTINUE SENTENCING

The Defendant Travis Heffelinger, through his Counsel Gary Singh, respectfully request this Court to continue his sentencing date due to his cooperation with the United States Government to testify in a trial set for in November 2006.

DATED:  Honolulu, Hawaii, September 7, 2006.

_____
GARY G. SINGH
Attorney for Defendant