## DECLARATION OF COUNSEL

STATE OF HAWAII            )
                           )  SS:
CITY AND COUNTY OF HONOLULU )

    GARY G. SINGH makes this declaration upon penalty of perjury:

1. I am Counsel of Record, appointed by the Court on this case.

2. AUSA West Porter was assigned to this case and I have been working closely with him on this matter.

3. Mr. Heffelinger has been cooperation with the USA Government in other cases. One of the case that Mr. Heffelinger had cooperated with is scheduled for trial on November 7, 2006. Mr. Heffelinger will be called to testify in that case.

4. Last week I learned that Mr. Porter is no longer with the Honolulu USA Attorney's Office. I learned yesterday that Clare Connor's is assigned to this case.

5. I spoke to Ms. Connor's today regarding the continuance on the sentencing. She has no objection to the continuances.

6. We are requesting for a short continuance to December 2006.

7. Furthermore, I learned today that Mr. Heffelinger's grandfather Mr. Leroy Rodriguez is not feeling well and may not be able to attend the hearing on Monday. Mr. Rodriguez is his paternal grandfather who raised the Defendant since he was two weeks old. Mr. Rodriguez had expressed his wish to be present at sentencing and wanted to make a statement in open Court. He also has asked me to request the sentencing to be continued.

8. Based on the foregoing, I respectfully request for a short continuance to December 2006.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 7, 2006, at Honolulu, Hawaii.

                                       DATED: Honolulu, Hawaii

                                       */s/ Gary G. Singh*
                                       Gary G. Singh