CERTIFICATE OF SERVICE

I hereby certify that each of the forgoing documents was duly served on the following person on this date via personal delivery to the following address.

>Assistant U.S. Attorney
>Room 6-100, PJKK Federal Building
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

>U.S. Probation Officer
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

**BY: MAIL ( X ) HAND ( )**

DATED: Honolulu, Hawaii, September 7, 2006.

_____
GARY G. SINGH
Attorney for Defendant

3