GARY G. SINGH  6543-0
Attorney at Law
Central Pacific Plaza
220 South King Street, Suite 2150
Honolulu, Hawaii    96813
Telephone No.:  (808) 529-0626

Attorney for Defendant

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.04-00472 SOM |
| ) | |
| Plaintiff, ) | STATEMENT OF NO OBJECTIONS |
| ) | TO PRESENTENCE |
| vs. ) | REPORT; EXHIBITS; |
| ) | CERTIFICATE OF SERVICE |
| ) | |
| TRAVIS HEFFELINGER, ) | |
|   Aka "Travis Heffelfinger" ) | Date: September 13, 2006 |
| ) | Time: 3:00 p.m. |
| Defendant. ) | Judge:  Susan Oki Mollway |

STATEMENT OF NO OBJECTIONS TO PRESENTENCE REPORT

The Defendant Travis Heffelinger, has reviewed the presentence reports and has no objections to the factual statements.

DATED:  Honolulu, Hawaii, September 11, 2006.

_____
GARY G. SINGH
Attorney for Defendant