Dear Honorable Judge Susan Oki Mollway:

     My name is Travis Heffelinger. I am to appear before you to be sentence on September 13, 2006. I would like to share something with you about myself before you pronounce my sentence. I truly do thank you for allowing me this opportunity to do this.

     Your Honor, first and foremost, I would like to apologize to everyone, that I have hurt in anyway from my behavior and my actions. I am especially sorry to my grandfather who has raised me for the better part of my life. He has made every effort to steer me in the right direction. It is my bad choices and my addiction to drugs that made me make spare of the moment decisions without thinking about the consequences that got me in a lot of trouble. I can also see now, that I was hanging out with the wrong crowd, whatever they did, I did and it was not always the right things to do. I am not trying go make up excuses or blame anyone for my mistakes, I am just giving an explanation to what has lead me to this point in my life. I have been addicted to ICE for about six years. I do admit that I have a problem and I am asking for help, with your recommendation for a drug treatment program, I feel the program will help me tremendously in the long run. I truly do understand, now, what my grandfather has been trying to teach me, to stay away from drugs and to be careful, who I choose to be my friends.

     Your Honor, since day one of my arrest, I have taken responsibility for the crimes that I have been charged with. I have plead-out in a timely manner so the prosecution did not have to prepare for trial. I have never under played my role in this case. But I have come forward to help the Federal Government and their agents in other cases that I was asked about. I have done this willingly. Why ? Because I truly want to get my life going in the right direction. I have testified at a state trial where two individual were convicted of felony charges, one of them for convicted of manslaughter and the other was convicted of robbery. I have also agreed to testify at a Federal Trial. I have received treats due to my testimony, but I still feel that I did the right thing. I have also given the agents a lot of information to do with other cases.

     Your Honor, there are many reasons, for wanting and needing to change my life around and getting it going in the right direction. Being in prison for the past year has really opened up my eyes to what is truly important to me. That is my freedom and what I must do to keep it, my family and most of all my fiancée who I love with all my heart. I do have a

job waiting for me when I get out of prison that is working for my grandfather in the family business.

At time growing up, I truly felt at a loss, not having my parents there, or because they were in prison, most of the time, I always had my grandfather, but I sure missed my Dad and Mom dearly, no one could ever replace them. To me that is why I got to close to the wrong crowd. I looked to them for the family I never had, and I looked to drugs as an escape, and just to fit in with the crowd. There is not a day that goes by that I do not regret the path that I have taken to this point in my life. I am young and I do know what I must do to keep my freedom, first and foremost, I must get the help now to stay off drugs and away from all criminal activity. I hate this type of life being in prison. When I get out, I want to settle down with my fiancée and work legally for a living, instead of going after the instant gratification and going any things illegal. I have learned a great lesson by coming to prison and that is never ever taken anything for granted especially my freedom. Also for me to always listen to my grandfather's advice, because I see now it was always right. I just didn't know any better at the time. Again I am truly sorry to everyone that I have hurt in anyway due to my behavior and my actions.

Thank you Judge Susan Oki Mollway for taking the time out of your busy schedule to read my letter. I do put myself at the mercy of this Court and I do pray for leniency, may God bless you on your decision. Thank you!!

Sincerely,

Travis Heffelinger