PETER B. CARLISLE  2209
Prosecuting Attorney
LUCIANNE KHALAF  6731
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street, 9th Floor
Honolulu, Hawaii  96813
Phone: 547-7452
Fax No.: 527-6546

Attorneys for State of Hawaii

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| STATE OF HAWAII | ) | CR. NO. 03-1-2501 |
| | ) | |
| v. | ) | COUNT 1: MURDER IN THE SECOND DEGREE |
| | ) | |
| MICAH K. KANAHELE, | ) | COUNT 2 & 3: ROBBERY IN THE FIRST DEGREE |
| ROSALINO B. RAMOS, | ) | |
| JASON B. RUMBAWA, | ) | COUNTS 4, 5 & 6: CARRYING, USING OR THREATENING TO USE A FIREARM IN THE COMMISSION OF A SEPARATE FELONY |
| KEVIN HARRIS, and | ) | |
| ANTHONY BROWN | ) | |
| | ) | |
| Defendants. | ) | COUNTS 7, 13 & 15: OWNERSHIP OR POSSESSION PROHIBITED OF ANY FIREARM OR AMMUNITION BY A PERSON CONVICTED OF CERTAIN CRIMES |
| | ) | |
| | ) | COUNTS 8 & 16: POSSESSION OF A PROHIBITED FIREARM |
| | ) | COUNTS 9, 10, 11, 14 & 17: PLACE TO KEEP PISTOL OR REVOLVER |
| | ) | COUNTS 12 & 18: PLACE TO KEEP LOADED FIREARM |
| | ) | |
| | ) | GRANT OF TRANSACTIONAL IMMUNITY TO STATE'S WITNESS TRAVIS HEFFELFINGER |
| | ) | |
| | ) | TW:  August 1, 2005 |
| | ) | Judge: Michael A. Town |

GRANT OF TRANSACTIONAL IMMUNITY TO STATE'S WITNESS TRAVIS HEFFELFINGER

The STATE OF HAWAII, by and through Lucianne Khalaf, Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii, hereby represents that the Department of the Prosecuting Attorney, City and County of Honolulu, State of Hawaii, has had an opportunity to review and evaluate Travis Heffelfinger's, (hereinafter referred to as "Witness") potential criminal liability against his value as a witness concerning his testimony regarding person(s) to include, but not limited to Micah Kanahele; his knowledge of all persons who he has or has had knowledge of who were involved in: the preparation and planning of the robbery of a drug house including recruitment of Witness to participate in said robbery; acquisition of firearms for use in said robbery; attempt to suborn perjury and false evidence to avoid prosecution for said robbery and resulting murder of Greg Morishima (see attached Exhibit A), in Hawaii and elsewhere.

This review and evaluation has been based upon an ongoing investigation by the Honolulu Police Department (hereinafter referred to as "HPD") and a statement made by the Witness to _Det. Sheryl Sunia_ on _December 7, 2004_. (See attached Exhibit A)

That based upon this analysis, we are prepared to make the following grant of transactional immunity:

The Department of the Prosecuting Attorney, City and County of Honolulu, State of Hawaii, agrees to do the following:

1. Will not prosecute the Witness with respect to his involvement as described in the statement made to _Det. Sheryl Sunia_ on _December 7, 2004_ (see attached Exhibit A). The Witness may be prosecuted for any acts which are not described in the statement made to _Det. Sheryl Sunia_ on _December 7, 2004 (see attached Exhibit A)_ or if further investigation should prove the statement to be inaccurate. Further that the Witness may be prosecuted for any crime, including perjury and

related criminal offenses committed subsequent to the execution of this grant of transactional immunity.

The Witness' acknowledgement of this grant of transactional immunity is evidenced by his signature below.

Date: 9/12/05

_____
Deputy Prosecuting Attorney
City and County of Honolulu

_____
Peter B. Carlisle
Prosecuting Attorney

Date: 9.12.05

_____
Travis Heffelfinger
Witness

_____
Gary Singh, Esq.
Attorney for Travis Heffelfinger, Witness

APPROVED AND SO ORDERED:

_____
Judge Michael A. Town