CERTIFICATE OF SERVICE

I hereby certify that each of the forgoing documents was duly served on the following person on this date via First Class Mail to the following address.

        U.S. Attorney
        Room 6-100, PJKK Federal Building
        300 Ala Moana Boulevard
        Honolulu, Hawaii 96850

        U.S. Probation Officer
        300 Ala Moana Boulevard
        Honolulu, Hawaii 96850

        **BY:  MAIL ( )  HAND ( x )**

DATED:  Honolulu, Hawaii, September 11, 2006.

                                _____
                                GARY G. SINGH
                                Attorney for Defendant